IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-170-F

| | |
|---|---|
| PAMELA MELVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| THE SOCIAL SECURITY ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Plaintiff's Notice of Correct Rule Upon Which She Filed the First Amended Complaint [DE-28]. Therein, the *pro se* Plaintiff noted that her motion for leave to file a first amended complaint [DE-19] cites a non-existent Rule of Federal Civil Procedure, Rule 15(1)(B). Plaintiff notifies the court that she intended to move under Rule 15(a)(1)(B).[1]

Plaintiff's correction is duly noted. More importantly, the court recognizes that at the time Plaintiff filed her motion to amend, she had the right to amend her complaint once as a matter of course under Rule 15(a)(1)(B). Accordingly, the motion to amend [DE-19] is ALLOWED, and the Clerk of Court is DIRECTED to docket the documents comprising the Proposed First Amended Complaint [DE-19-1; DE-20-1; DE-21-1 through DE-21-9] as the First Amended Complaint. The Clerk of Court is further DIRECTED to issue the proposed summonses filed by Plaintiff [DE-22].

In the First Amended Complaint, Plaintiff omits several defendants she named in the original Complaint [DE-1], including The Washington Post, U.S.A. Today; The Boston Globe; Chicago Sun-

---

[1] Plaintiff asserts that "VA attorney" altered her motion before it was printed, unbeknownst to her. Notice [DE-28]at 1.

Times; Detroit Free Press; Los Angeles Times; The Philadelphia Inquire [sic]; Star-Ledge; Tampa Bay Times; The Dallas Morning News; and the Atlanta Journal Constitution. Accordingly, Plaintiff's claims as to those defendants only are DISMISSED without prejudice.

Finally, the filing of the First Amended Complaint renders the motion to dismiss [DE-13] filed by the Defendant Social Security Administration moot. It is therefore DENIED as moot.

SO ORDERED.

This the 19 day of December, 2014.

*James C. Fox*
James C. Fox
Senior United States District Judge