IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-170-F

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THE SOCIAL SECURITY | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's three motions for extension of time [DE-82; DE-84; DE-85]. In the first two motions, Plaintiff seeks an extension of time to file response to the motion to dismiss filed by the Social Security Administration. In the third motion, Plaintiff seeks a further extension of time to file a response to the Social Security Administration's motion to dismiss, and an extension of time to respond to Defendant Meymandi Assad's motion to dismiss. Plaintiff's motions [DE-82; DE-84; DE-85] are ALLOWED to the extent that she seeks extensions of time, and she has until April 30, 2015, to file a response to the motions to dismiss [DE-51; DE-74].

Plaintiff also moves the court "not to replace plaintiff's facts, words and claims that Plaintiff has written and alleged in the First Amended Complaint with those fabricated and created by the federal attorneys, [Defendant Assad's attorneys] or others." [DE-82] at 6. Plaintiff should be assured that the court will view her Amended Complaint like any other filing from any other litigant in this court. What she files with this court is what the court will review. Accordingly, her request is DENIED as moot, as it is unnecessary.

SO ORDERED. This the 21st day of April, 2015.

                                                  James C. Fox
                                                  Senior United States District Judge

2