IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-cv-170-F

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THE SOCIAL SECURITY | ) | |
| ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the *pro se* Plaintiff's Motion to Reconsider the Court's May 20, 2015 Order [DE-102].[1]

In that Order, the court detailed the numerous motions for extension of time filed by the Plaintiff, as well as her asserted reasons for the necessity of the extension. Plaintiff contends that federal attorneys are causing electrical problems at her apartment and are hacking into her computer and other devices. She also contends that she is unable to receive medical care in the United States. The court stated:

> The court is frank to say that it does not find Plaintiff's fantastical assertions regarding who is responsible for her various electrical difficulties to be credible. The court understands that Plaintiff is facing health difficulties, but as the court has noted, she bears responsibility for prosecuting this action. The court, however, will allow her one last extension of time, until **May 27, 2015,** to file her responses to the motions to dismiss. **No further extensions of time will be given, absent**

---

[1] Plaintiff also has filed an Expedited Motion for Protection Order with Affidavit [DE-101] and Motion for the Court to Immediately Order SSA's Attorneys to Terminate their Access to her Computer and Smart Phone and to Require the Defendants to Respond to her Future Motions [DE-103]. She attached to the Expedited Motion for Protection Order an exhibit that contains an explicit image. The Clerk of Court is DIRECTED to place that exhibit [DE-101-11] under seal.

**compelling circumstances**.

May 20, 2015 Order [DE-100] at 2.

In her motion to reconsider, Plaintiff takes issue with the representations of defense counsel and findings made by the court. She notes that Social Security Administration received extensions of time to respond to her amended complaint. She requests an extension of time until May 29, 2015, to file her responses to the pending motions to dismiss.

The court has considered Plaintiff's motion and does not find her assertions to be credible or compelling. Nevertheless, out of an abundance of caution and in deference to Plaintiff's *pro se* status, the court will allow her Motion to Reconsider [DE-102], and she has until **June 1, 2015** to file her responses to the pending motions to dismiss.

SO ORDERED. This the 27 day of May, 2015.

James C. Fox
Senior United States District Judge