UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAMELA MELVIN,                              )<br>                Plaintiff,         )<br>                                   )<br>v.                                           )<br>                                   )<br>THE SOCIAL SECURITY                          )<br>ADMINISTRATION OF THE UNITED                 )<br>STATES OF AMERICA, THE                       )<br>WASHINGTON POST, U.S.A. TODAY,               )<br>THE BOSTON GLOBE, CHICAGO                    )<br>SUN-TIMES, DETROIT FREE PRESS,               )<br>LOS ANGELES TIMES, THE                       )<br>PHILADELPHIA INQUIRE, STAR-                  )<br>LEDGER, TAMPA BAY TIMES, THE                 )<br>DALLAS MORNING NEWS, THE                     )<br>ATLANTA JOURNAL-CONSTITUTION,                )<br>DR. MEYMANDI ASSAD, and DR.                  )<br>ELEANOR CRUISE,                              )<br>                Defendants.       ) | **JUDGMENT**<br>No. 5:14-cv-170-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered 12/14/2014 [DE-29], that the Plaintiff's claims against Defendants The Washington Post, U.S.A. Today, The Boston Globe, Chicago Sun-Times, Detroit Free Press, Los Angeles Times, The Philadelphia Inquire, Star-Ledge, Tampa Bay Times, The Dallas Morning News, and the Atlanta Journal Constitution be DISMISSED without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered 8/27/2015 [DE-130], that the motions to dismiss [DE-51; DE-74] filed by The Social Security Administration of the United States of America and Meymandi Assad are ALLOWED. With the dismissal of all Plaintiff's claims, all other remaining motions [DE-88; DE-101; DE-103; DE-110; DE-120; DE-127] are DENIED as moot, with the exception of Plaintiff's Motion to Seal [DE-114], which is ALLOWED. Plaintiff's motion to strike [DE-122] is DENIED. As detailed in the order, Plaintiff fails to adequately allege any conspiracy between Defendants Cruise and Meymandi. There is no need, accordingly, to serve Cruise with the Amended Complaint. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 27, 2015, and Copies To:**

Pamela Melvin (via U.S. Mail to 4949 Fieldcrest Drive, Fayetteville, NC 28303)
Michael James (via CM/ECF electronic notification)
Elizabeth Pharr McCullough (via CM/ECF electronic notification)
Kelly Street Brown (via CM/ECF electronic notification)
Nathan D. Childs (via CM/ECF electronic notification)


| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| August 27, 2015 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |